Stephanie Woods
3:06CR122

# United States District Court
## for
## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Stephanie Woods**　　　　　Case Number: **3:06CR122(1)**

Name of Sentencing Judicial Officer:　　**The Honorable Walter Herbert Rice**
**United States District Judge**

Date of Original Sentence:　　**August 13, 2007**

Original Offense:　　**Conspiracy to Commit Money Laundering in Violation of 18 U.S.C. § 1956(h) and 18 U.S.C. § 1957, a Class C felony**

**5 Counts: Willful Failure to File Income Tax Return in Violation of 26 U.S.C. § 7203, a Class A misdemeanor**

Original Sentence:　　**30 months imprisonment on Count 1 and 12 months imprisonment on Counts 2-6. Counts 2-6 ordered to run concurrently with each other and concurrently with the sentence imposed in Count 1.**

**Three years supervised release on Count 1 and one year on Counts 2-6, all to run concurrently with each other; defendant shall not become involved in any further real estate business dealings similar to that of the instant offense; shall provide the probation officer with access to all requested financial information, both business related and personal, throughout the term of supervised release; shall cooperate fully with the IRS in the assessment and payment of any taxes, interest, and penalties due; shall surrender her Carrying Concealed Weapon Permit to the issuing agency; shall seek and maintain employment throughout the period of supervision; shall serve a period of 100 hours of**

Stephanie Woods
3:06CR122

>community service with an agency and on a schedule agreed upon by the defendant and probation officer over the first two years of supervision; to receive a mental health assessment and if deemed necessary, treatment; to keep current on her filings with and payment to the **Internal Revenue Service.**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **December 24, 2009**

---

The purpose of this report is to update the court regarding Stephanie Woods as her case is due to expire on December 23, 2012. Ms. Woods has complied with her court ordered conditions of supervised release. However Ms. Woods has not had a mental health assessment while on supervision. Ms. Woods was initially supervised by U.S. Probation Officer Karen Fallings. During her time under Ms. Fallings' supervision, Ms. Woods gave no indication of needing mental health services. As a result, she was not referred for an assessment.

It is noted Woods' pre-sentence report does not indicate a history of mental health issues or concerns. In addition, Ms. Woods has related she does not believe she has a need for any type of mental health services. Since assuming supervision of Ms. Woods' case, this officer had not observed anything that would suggest Ms. Woods had any mental health concerns.

A review of Ms. Woods' case file does indicate that before she was sentenced for the instant offense she was dealing with "stress related to her current legal predicament." Ms. Woods was attending individual counseling to "focus on relaxation techniques and stress management."

While submitting a Modification Request, recommending the Court waive the existing condition was considered; it was decided that it would be best to leave the condition in place in the event Ms. Woods began to demonstrate a need for mental health counseling.

Since beginning her term of supervised release, Ms. Woods has complied with providing the Internal Revenue Service (IRS) the requested documents and she was ultimately deemed uncollectable by the IRS. She has also filed her tax returns as required and completed her 100 hours community service. Ms. Woods has submitted her monthly report forms and reported to probation as required.

Stephanie Woods
3:06CR122

U.S. Probation Officer Action: **In view of the above, this writer respectfully requests Your Honor to allow Ms. Woods' supervision to expire as scheduled on December 23, 2012.**

Should Your Honor require more information, or an alternative, please contact this officer at 937-512-1479.

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *[signature]*<br>Melissa A. Stidham<br>U. S. Probation Officer<br>Date: 12-12-12 | by | *[signature]*<br>John J. Menke<br>Supervising U. S. Probation Officer<br>Date: 12/12/2012 |

[X] I concur with the recommendation of the Probation Officer

[ ] Submit a Request for Modifying the Condition or Term of Supervision

[ ] Submit a Request for Warrant or Summons

*[signature]*

Signature of Judicial Officer

_____
Date